■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GAVARETTE, Appellant. [22 NYS3d 878]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Calabrese, J.), rendered November 13, 2013, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant validly waived his right to appeal. In view of the nature and terms of the plea agreement and the defendant's age, experience, and criminal background, the record demonstrates that the defendant's waiver of the right to appeal was made knowingly, intelligently, and voluntarily (*see People v Sanders*, 25 NY3d 337, 340-341 [2015]; *People v Callahan*, 80 NY2d 273, 283 [1992]; *People v Seaberg*, 74 NY2d 1, 11 [1989]).

The defendant's valid waiver of his right to appeal forecloses review of his claim that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Seaberg*, 74 NY2d at 7). Leventhal, J.P., Austin, Roman, Miller and Barros, JJ., concur.